IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *

      Plaintiff  *

      v.  *  CIVIL NO. WMN-02-1369

REGINALD A. MONROE  *
a/k/a Reginald Monroe
        *
      Defendant
        *

\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

The court file reflecting that service of process has been effected upon defendant **Reginald A. Monroe a/k/a Reginald Monroe,** and that defendant has not yet filed any response to the Complaint, it is, this 9th day of July 2002

ORDERED that plaintiff file a motion for entry of default and motion for default judgment or provide a report as to why such a motion would be inappropriate on or before July 23, 2002.

                                                      William M. Nickerson
                                                     Senior United States District Judge